**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RAMOS, Manuel

RAMOS, Josefina

    Debtor(s)

_____/

Case No: 23-50183 HLB
Chapter 13

**MOTION TO VALUE PERSONAL PROPERTY**

No hearing date set
See Notice to Creditors in attached Notice of Opportunity to Request Hearing

TO SECURED CREDITOR FLAGSHIP CREDIT ACCEPTANCE, DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:

Manuel Ramos and Josefina Ramos, the Debtors herein, hereby move this Court for an Order valuing their 2014 Chevrolet Traverse at $5,275.00, to limit Creditor's secured claim to $5,275.00, that any amount in excess that is not attributable to a purchase money interest be treated as a general unsecured claim, pursuant to 11 U.S.C. §§506 and 1322(b)(2), FRBP 3012 and 9014, and B.L.R. 9014-1, which determination shall become of Debtors' confirmed Chapter 13 Plan.

Date:  February 18, 2023
                                       /s/ Jason Vogelpohl #252407
                                       JASON VOGELPOHL, Esq.
                                       Attorney for Debtor(s)